**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Joaquin Adata-Virelas

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.: CR-F-04-5137 REC** |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| v. ) | |
| JOAQUIN ADATA-VIRELAS, ) | |
| Defendant. ) | |

The matter coming on for hearing on April 25, 2005, to determine the mental competency of the defendant, the Government having submitted the matter on Dr. Harold Seymour's report, the court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and/or to assist properly in his defense. Pursuant to 18 U.S.C.A. §4241(d), the court hereby commits the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility.

Dated: April _28_, 2005

\_\_/s/ ROBERT E. COYLE_____
HONORABLE ROBERT E. COYLE
United States District Judge

///

///

1  Approved as to form and content.
2
3  _____
   VIRNA L. SANTOS,
4  Attorney for Plaintiff, United States of America
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28