

**FILED**
2005 JUN 29 P 3:50
CLERK, US DIST COURT
E...... .....
BY......

**U. S. Department of Justice**

Federal Bureau of Prisons

Federal Correctional Complex

*Federal Medical Center*
*P. O. Box 1500*
*Butner, NC 27509*
*(919) 575-3900*

June 22, 2005

The Honorable Oliver W. Wanger
5000 United States Courthouse
Eastern District of California
1130 O Street
Fresno, California 93721

RE:  ADATA-VIRELAS, Joaquin
     Register Number: 61744-097
     Docket Number:   CR-F-04-5137 REC

Dear Judge Wanger:

The above-referenced individual was admitted to the Mental Health Unit of this facility on May 25, 2005, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Adata-Virelas, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on September 21, 2005. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/deh

(GRANTED) DENIED  Circle One

Signature: _____     DATE: 6-27-05
          District Judge Oliver W. Wanger

cc:  Verna Santos, Assistant United States Attorney
     Harry Drandell, Attorney

CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| VS | )   CR F 04-5137 |
| | ) |
| JOAQUIN ADATA-VIRELAS, | ) |
| | ) |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U. S. District Court, Eastern District of California at Fresno.

I served on June 29, 2005 a copy of the attached by placing said copy in a postage-paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the United States Mail at Fresno, California; or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

SERVED BY MAIL

A. F. Beeler, Warden
Federal medical Center
P O Box 1500
Butner, NC  97509